# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR116 |
| | ) | |
| vs. | ) | |
| | ) | |
| AREND MATHIJSSEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter came before the court on the defendant's unopposed Motion to Continue Trial [34]. The government was represented by Assistant U.S. Attorney Martin Conboy. The defendant appeared personally and was represented by First Assistant Federal Public Defender Jeffrey Thomas. For the reasons set forth in the motion and on the record, the undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [34] is granted, as follows:

1. The jury trial, now set for May 25, 2021, is continued to **August 31, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 31, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: May 17, 2021.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge