IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:20CR116 |
| vs. | |
| AREND MATHIJSSEN, | ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE |
| Defendant. | |

The defendant appeared before the Court on May 17, 2021 regarding Petition for Action on Conditions of Pretrial Release [31]. Jeffrey L. Thomas represented the defendant. Martin J. Conboy, IV represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant denied violating release condition (#1). The Court took judicial notice of the petition and violation report. The government requests an order of revocation and detention. The defendant requested a continuance which was granted. A revocation and detention hearing is scheduled before Michael D. Nelson in Courtroom 6, 2nd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Tuesday, May 25, 2021 at 9:30 a.m.

**IT IS SO ORDERED**.

Dated this 20th day of May, 2021.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge